FILED

2021 Jul-20  AM 08:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| Bathseba Enterprises LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:21-cv-00595-LSC |
| | ) | |
| Woodlands of Tuscaloosa LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

The Court acknowledges receipt of the parties Joint Stipulation of Dismissal, filed on July 19, 2021. (Doc. 11.) Consistent with that stipulation, this case is **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** on July 20, 2021.

L. Scott Coogler
United States District Judge

203323

.